IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CR-170-H

UNITED STATES OF AMERICA,          )
                                   )
     v.                            )          **ORDER**
                                   )
CADARYE LOVONZO JORDAN II          )


This matter is before the court on defendant's motion to suppress
[DE #26]. Magistrate Judge Kimberly A. Swank filed a Memorandum and
Recommendation ("M&R") on December 27, 2013, recommending that
defendant's motion to suppress be denied.    Defendant filed no
objections to the M&R, and the time for doing so has expired.    This
matter is ripe for adjudication.

A full and careful review of the M&R and other documents of
record convinces the court that the recommendation of the magistrate
judge is, in all respects, in accordance with the law and should
be approved. Accordingly, the court adopts the recommendation of
the magistrate judge as its own. For the reasons stated therein,
defendant's motion to suppress [DE #43] is denied.

This __4ᵗʰ__ day of February 2014.

MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, NC
#26