IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Criminal No. 5:13-CR-170-1H
Civil No. 5:15-CV-474-H

CADARYE LOVONZO JORDAN II,    )
      Petitioner,          )
                     )
    v.                     )         ORDER
                     )
UNITED STATES OF AMERICA,    )
      Respondent.        )

Having conducted an examination of petitioner's motion pursuant to Rule 4(b) of the Rules

Governing § 2255 Proceedings and it appearing that dismissal is not warranted at this time, the

United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules Governing § 2255

Proceedings, or to make such other response as appropriate to the above-captioned § 2255 Motion

to Vacate, Set Aside or Correct Sentence, within **forty (40)** days of the filing of this order.

SO ORDERED. This 25th day of April 2016.

MALCOLM H. HOWARD
SENIOR UNITED STATES DISTRICT JUDGE